# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. POLK, | ) | NO. CV 11-2170 CAS (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FRANCISCO QUINTANA, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 27, 2012.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE